

FILED

10/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0232

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 23-0232

_____

| | |
|---|---|
| IN RE THE PETITION OF CHRISTINE LINDLEY FOR ADMISSION TO THE BAR OF THE STATE OF MONTANA | O R D E R |

_____

Christine Lindley has filed a motion for admission to the Bar of the State of Montana pursuant to Rule III of the Rules for Admission, upon examination. Lindley also requests leave to be sworn in by the Honorable Howard F. Recht of the Twenty-First Judicial District Court. The Bar Admissions Administrator of the State Bar of Montana has informed the Court that Lindley passed the July 2023 Bar Examination and that the Commission on Character and Fitness has certified that Lindley has satisfied the requirements prerequisite to admission. Therefore,

IT IS HEREBY ORDERED that upon payment of any application fees and completion of any other processing requirements as set forth by the Bar Admissions Administrator, Christine Lindley may be sworn in to the practice of law in the State of Montana by the Honorable Howard F. Recht of the Twenty-First Judicial District Court.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 10 day of October, 2023.

_____
Chief Justice

_____

_____

FILED

OCT 10 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____
Justices